UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────x

PEDRO LIZ, on behalf of himself and all
Others similarly situated,

        Civil Action No. 1:25-cv-203

    Plaintiffs,

-against-

CHAPS AND CO NY, LLC,

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDUCE**

    Defendant.
───────────────────────────────x

Plaintiff Pedro Liz, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: April 1, 2025

By: *Gabriel Levy*
    ───────────────────

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

SO ORDERED.

*[signature]*

Dale E. Ho
United States District Judge
Dated: April 3, 2025
New York, New York